# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3034

_____

| | | |
|---|---|---|
| Raymond D. Thouvenbelle, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Senior Estates; Missouri Division of | * | Western District of Missouri. |
| Aging; Deconess Long Term Care, | * | |
| | * | **[UNPUBLISHED]** |
| Appellees. | * | |

_____

Submitted:  May 5, 2000
Filed:  May 19, 2000

_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Ray Thouvenbelle appeals the district court's[1] orders dismissing his civil action. Having carefully reviewed the record, we agree with the district court that it lacked subject matter jurisdiction over Thouvenbelle's claims. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The HONORABLE GARY A. FENNER, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.